

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2008–1436.   Detroit Ave. I Corp. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2006–A–264.

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2008–0697.   State ex rel. Weaver v. Bd. of Commrs. of Lake Cty.**
In Mandamus.